# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF FLORIDA

# TAMPA DIVISION

**CHARMAINE SAUNDERS, an Individual;**

**Plaintiff,**

                                        **Case No.: 8:23-CV-00057-CEH-AAS**

**JEREMY SMITH**

**Defendant.**

## MOTION TO SEAL DOCUMENTS

**COMES NOW Plaintiff, CHARMAINE SAUNDERS, (Dr. Saunders),** respectfully moves this Honorable Court for an order sealing the documents in this case. In support of this motion, Plaintiff states as follows:

1. **Introduction and Background**

Plaintiff, **CHARMAINE SAUNDERS** (Dr. Saunders) filed the original civil complaint against the above named defendants on January 9, 2023 and there were subsequent documents filed by Plaintiff and Defendants in

connection with this case, which contains highly sensitive information related to personal, heinous and intrusive matters. These documents contain details that, if continued to be made public, would exacerbate ongoing personal and professional harm to Plaintiff's reputation and safety, including continued exposure to stalking and harassment. The Plaintiff has suffered unimaginable harm because of the assault and subsequent the initial denial to have this case be anonymous.

2. **Personal and Professional Harm**

Plaintiff has been the victim of ongoing stalking and harassment, which has significantly impacted both personal well-being and professional standing. Public disclosure of the information contained in the aforementioned documents would further endanger Plaintiff's safety and security. The sensitive nature of these documents includes:

- Information that directly relates to Plaintiff's personal safety, including constant attempts of computer, electronic intrusion, stalking .
- Confidential information that, if disclosed, would lead to further professional harm, including damage to Plaintiff's reputation, potential employment issues, or other professional consequences.

Continuous revealing of these details in a public forum has subjected Plaintiff to heightened scrutiny, further reputational damage, and an increased risk of becoming a continued target of malicious actors.

3. **Legal Basis for Sealing**

Under Federal Rule of Civil Procedure 26(c) and the Court's inherent authority, courts have discretion to issue protective orders that safeguard individuals from undue harm, harassment, and invasion of privacy. The public interest in transparency is outweighed in this instance by Plaintiff's need to protect private information that, if exposed, could lead to further personal and professional harm, as well as a direct threat to safety.

4. **Specific Information to Be Sealed**

Plaintiff requests that the following documents be filed under seal:

- Case No.: 8:23-CV-00057-CEH-AAS
- **Dockets 1-18 In Its Entirety**
- **This Motion to Seal**

These documents include sensitive information about Plaintiff's ongoing experiences with stalking, burglary, harassment and the gang rape Plaintiff endured and should remain confidential to prevent further harm.

5. **Less Drastic Alternatives**

There is no less drastic alternative than sealing the documents, as redaction would not adequately protect the Plaintiff's sensitive information. Given the nature of the content, sealing the entirety of the documents is the only viable option to prevent further exposure and risk to Plaintiff.

6. **Conclusion**

For the reasons set forth above, Plaintiff respectfully requests that this Court issue an order sealing the case docket 1- 18 Charmaine Saunders v Jeremy Smith to protect Plaintiff from further personal and professional harm, including retaliation, stalking, harassment, and reputational damage related to the heinous drugging and gang rape.

**Dated**: October 12, 2024

*/s/Charmaine Saunders*
P.O. Box 93536
Lakeland, FL 33804
charmainesaunders89@gmail.com
Pro Se Plaintiff

**Certificate of Service**

I hereby certify that on October 12, 2024, I electronically filed the foregoing Motion to Seal with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered parties.

Dated: October 12th, 2024

*/s/Charmaine Saunders*

Pro Se Plaintiff